IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR163 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANIEL LEE WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of Karen M. Shanahan and the Office of the Federal Public Defender for the District of Nebraska to withdraw as counsel for the defendant, Daniel Lee Walker (Walker) (Filing No. 85). Ms. Shanahan represents she has a conflict of interest in this matter as she recently determined she or her office has represented another person who may be a witness in these proceedings. Ms. Shanahan's motion to withdraw (Filing No. 85) is granted. Michael D. Nelson, 503 South 36th Street, Omaha, NE 68105-1201, (402) 344-8044, is appointed to represent Walker for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Shanahan shall forthwith provide Mr. Nelson with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Shanahan which are material to Walker's defense.

    The clerk shall provide a copy of this order to Mr. Nelson, and Mr. Nelson shall enter his appearance in this matter forthwith.

    **IT IS SO ORDERED.**

DATED this 2nd day of September, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge